UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>CARLOS MOTA,<br><br>                    Defendant. | No. 17-CR-123 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Carlos Mota's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  The Government shall respond to Mr. Mota's motion no later than March 1, 2021.  Mr. Mota may reply no later than March 15, 2021.  The Clerk of the Court shall mail a copy of this order to Mr. Mota.

**SO ORDERED.**

Dated:    February 8, 2021
          New York, New York

                                                   _/s/ Loretta A. Preska_
                                                   LORETTA A. PRESKA
                                                   Senior United States District Judge